## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 26, 2026

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 26-10594-B
Case Style: USA v. David Reip, et al
District Court Docket No: 1:25-cr-00062-JRH-BKE-6

### MOTION DEADLINE NOTICE: FRAP 9(a) APPEAL

Motion for Release Before Judgment of Conviction
Parties seeking review of a district court's order on release in a criminal case under FRAP 9(a) **must file a motion** with this court setting out the reasons why the party believes the order should be reversed. See 11th Cir. R. 9-1.

The motion **must include** a copy of the judgment or order from which relief is sought and of any opinion or findings of the district court.

Unless the court so orders, briefs need not be filed. See FRAP 9(a)(2).

Filing Deadlines
The movant's motion is due on or before **03/12/2026.**
The respondent's response is due on or before **03/26/2026.**
The movant's reply, if any, is due on or before **04/02/2026.**

Form
Please see FRAP 27(d) for information about the form and length limits for motions. A Certificate of Compliance is required for motions, responses, and replies produced using a computer. See 11th Cir. Rules 27(d)(2)(A), 27(d)(2)(C), and 32(g)(1).

Paper Copies Not Required
When a motion is filed in paper, only the original motion and supporting papers must be filed. No additional copies are required. See 11th Cir. R. 27-1(a)(1).

Appearance of Counsel
If you have not entered your appearance in this appeal, please note that the clerk generally may

not process your filings. <u>See</u> 11th Cir. R. 46-6. Appearance of Counsel Form are available on the Court's website. Appointed counsel are not required to file an appearance form.

<u>Clerk's Office Phone Numbers</u>

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Notice of deadlines - FRAP 9