UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  v.<br><br>DAVID REIP, DENNIS NOSTRANT, and MARCUS LABAT<br>  Defendants. | CASE NO: **26-10594** |

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Chapman, Holly Grace

Clark, C. Troy

Charles Rollins, PC

Daitch, Robin

Denis, Rony

Epps, Hon. Brian K.

Fryar, Joseph

Garcia, Omar,

Groover, Tania D.

Grubman, Scott Robert

Hall, Hon. J. Randal

Heap, Margaret E.

Hudson, D. Brooks K.

Jacobs, George J.C., III

02364042-1

Labat, Marcus

Murdison, Andrew Alexander

Nash, Katrell

Nostrant, Dennis

Oloans, Anthony

Reip, David

Rhodes, Patricia Green

Robertson, Gerard

Rollins, Charles H.

Sadow, Steven H.

Stewart, David Mitchell

Stuchell, James C.

Theodocion, James Pete

Turner, William Joseph

No publicly traded company or corporation has an interest in the outcome of this appeal.

                          Respectfully submitted this 11th day of March 2026.

                          */s/ Brooks K. Hudson*___
                          Brooks K. Hudson
                          Georgia Bar No. 141621
                          *Attorney for Marcus Labat*

HULL BARRETT, PC
801 Broad Street, 7th Floor
Augusta, GA  30901
Telephone: 706-722-4481
bhudson@hullbarrett.com

02364042-1

UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   v.<br><br>DAVID REIP, DENNIS NOSTRANT, and MARCUS LABAT<br><br>   Defendants. | CASE NO: **26-10594** |

CERTIFICATE OF SERVICE

      This certificate of interested persons and corporate disclosure statement was filed today through this Court's ECF system, and thereby served on the Government and other appellants: Dennis Nostrant's counsel of record Holly Grace Chapman, and David Reip's counsel of record, Charles H. Rollins, at their Court-registered e-mail addresses, pursuant to Fed. R. App. P. 25(c)(1)(C) and 25(c)(2), and 11th Cir. R. 25-3(a).

      Respectfully submitted this 11th day of March 2026.

        */s/ Brooks K. Hudson*_____
        Brooks K. Hudson
        Georgia Bar No. 141621
        *Attorney for Marcus Labat*

HULL BARRETT, PC
801 Broad Street, 7th Floor
Augusta, GA  30901
Telephone: 706-722-4481
bhudson@hullbarrett.com

02364042-1