UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

UNITED STATES OF AMERICA,

   v.

DAVID REIP, DENNIS NOSTRANT, and MARCUS LABAT

   Defendants.

CASE NO**: 26-10594**

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Chapman, Holly Grace

Clark, C. Troy

Charles Rollins, PC

Daitch, Robin

Denis, Rony

Epps, Hon. Brian K.

Fryar, Joseph

Garcia, Omar,

Groover, Tania D.

Grubman, Scott Robert

Hall, Hon. J. Randal

Heap, Margaret E.

Hudson, D. Brooks K.

Jacobs, George J.C., III

Labat, Marcus

Murdison, Andrew Alexander

Nash, Katrell

Nostrant, Dennis

Oloans, Anthony

Reip, David

Rhodes, Patricia Green

Robertson, Gerard

Rollins, Charles H.

Sadow, Steven H.

Stewart, David Mitchell

Stuchell, James C.

Theodocion, James Pete

Turner, William Joseph

No publicly traded company or corporation has an interest in the outcome of this appeal.

    Respectfully submitted this 12th day of March, 2026.

    */s/ Holly G. Chapman*
    Holly G. Chapman
    GA Bar No. 512067
    *Attorney for Dennis Nostrant*

Davis, Chapman, and Wilder, LLC
1143 Laney Walker Blvd, Suite 201
Augusta, GA 30901
706-200-1578
hchapman@dcwattorneys.com

UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   v.<br><br>DAVID REIP, DENNIS NOSTRANT, and MARCUS LABAT<br><br>   Defendants. | CASE NO: 26-10594 |

CERTIFICATE OF SERVICE

This certificate of interested persons and corporate disclosure statement was filed today through this Court's ECF system, and thereby served on the Government and other appellants:, David Reip's counsel of record Charles Rollins, and Marcus Labat's counsel of record Brooks K. Hudson, at their Court-registered e-mail addresses, pursuant to Fed. R. App. P. 25(c)(1)(C) and 25(c)(2), and 11th Cir. R. 25-3(a).

Respectfully submitted this 12th day of March 2026.

/s/ Holly G. Chapman
Holly G. Chapman
GA Bar No. 512067
*Attorney for Dennis Nostrant*

Davis, Chapman, and Wilder, LLC
1143 Laney Walker Blvd, Suite 201
Augusta, GA 30901
706-200-1578
hchapman@dcwattorneys.com