## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | |
| | ) | |
| v. | ) | No. 26-10594 |
| | ) | |
| DAVID REIP, ET AL, | ) | |
| | ) | |
| Defendants-Appellants. | ) | |

## AMENDED CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Chapman, Holly Grace

Clark, C. Troy

Daitch, Robin

Denis, Rony

Epps, Hon. Brian K.

Fryar, Joseph

Garcia, Omar

Groover, Tania D.

Grubman, Scott Robert

Hall, Hon. J. Randal

Heap, Margaret E.

Hudson, D. Brooks K.

Jacobs, George J.C., III

Labat, Marcus

Loebl, Michael N.

Murdison, Andrew Alexander

Nash, Katrell

Nostrant, Dennis

Oloans, Anthony

Reip, David

Rhodes, Patricia Green

Robertson, Gerard

Rollins, Charles H.

Sadow, Steven H.

Stewart, David Mitchell

Stuchell, James C.

Theodocion, James Pete

Turner, William Joseph


Michael N. Loebl has been added to the Amended CIP.

No publicly traded company or corporation has an interest in the outcome of this case or appeal.

This 26th day of March, 2026.

Respectfully submitted,

MARGARET E. HEAP
UNITED STATES ATTORNEY

*/s/ Patricia G. Rhodes*
Patricia G. Rhodes
Assistant United States Attorney
Georgia Bar No. 307288
*patricia.rhodes@usdoj.gov*


Post Office Box 8970
Savannah, Georgia 31412
Telephone Number: 912-652-4422

3

# CERTIFICATE OF SERVICE

This certificate of interested persons and corporate disclosure statement was filed today through this Court's ECF system, and thereby served on appellants: David Reip's counsel of record Charles H. Rollins, Dennis Nostrant's counsel of record Holly Grace Chapman, and Marcus Labat's counsel of record Brooks K. Hudson, at their Court-registered e-mail addresses, pursuant to Fed. R. App. P. 25(c)(1)(C) and 25(c)(2), and 11th Cir. R. 25-3(a).

This 26th day of March, 2026.

Respectfully submitted,

MARGARET E. HEAP
UNITED STATES ATTORNEY

*/s/ Patricia G. Rhodes*
Patricia G. Rhodes
Assistant United States Attorney
Georgia Bar No. 307288
*patricia.rhodes@usdoj.gov*

Post Office Box 8970
Savannah, Georgia 31412
Telephone Number: 912-652-4422